UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF LOUISIANA

CHEM CARRIERS L.L.C.                                    CIVIL ACTION

VERSUS                                                 NO. 00-0366

UPPER ST. ROSE                                         SECTION "T" (4)
FLEETING CO., INC., et al.

## ORDER OF TRANSFER

It has been brought to the Court's attention that the above-captioned matter grows out of the same factual basis as that in Civil Action No. 99-813, Section "G," captioned Consolidated Grain and Barge, Inc. v. Capital Marine Supply, Inc., et al. consolidated with 99-3786, Section "G," captioned Con Agra, Inc., et al. v. Capital Marine Supply, Inc., et al., now pending before Judge Morey L. Sear, and that the matter could be most expeditiously handled by consolidation.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be, and the same hereby is **TRANSFERRED** to Section "G" for possible consolidation with Civil Action No. 99-813 c/w 99-3786 of this Court.

New Orleans, Louisiana, this ___17___ day of February, 2000.

_____
G. Thomas Porteous, Jr.
United States District Judge

TRANSFERRED TO:
SECT. G MAG. 1
DATE OF ENTRY____FEB 23 2000____