

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONSOLIDATED GRAIN AND BARGE, INC. | CIVIL ACTION |
| VERSUS | NO. 99-813 |
| CAPITAL MARINE SUPPLY, INC., ET AL. | C/W  99-2862, 99-3786, 00-366, 00-466, and 00-851 |
| | SECTION: R(1) |

### ORDER REALLOTTING CASE

Intervenor, **UNION CARBIDE CORPORATION**, is represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on this case by 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 26th day of October, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

OCT 2 6 2000

REALLOTTED TO:
SECT. K

DATE OF ENTRY
OCT 2 6 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____