FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 23 AM 11:24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONSOLIDATED GRAIN & BARGE, INC. | * | CIVIL ACTION |
| | * | NO. 99-0813 (c/w) 99-2862, 99-3786 and 00-0366 |
| VERSUS | | |
| CAPITAL MARINE SUPPLY, INC. and TRIANGLE FLEETING CORPORATION | * | SECTION "K" (1) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE SALLY SHUSHAN |

### SATISFACTION OF JUDGMENT

**WHEREAS**, a Judgment was rendered and signed on the 19th day of July, 2001 in the U.S. District Court for the Eastern District of Louisiana, against defendant, Capital Marine Supply, Inc., in the amount of $583,692.00; and

**WHEREAS**, the said Judgment was entered against defendant, Capital Marine Supply, Inc., in favor of Union Carbide Corporation; and

**WHEREAS**, Capital Marine Supply, Inc. herewith pays to Union Carbide Corporation the stipulated amount of its damages, plus interest accrued from the date of entry of said judgment all as stated in said Judgment for the total amount of $583,692.00; and

N0696340.1

**WHEREAS**, Union Carbide Corporation acknowledges receipt of payment in the amount of $583,692.00 plus interest from the date of entry of said judgment from Capital Marine Supply, Inc. in full and final satisfaction of said Judgment.

**THEREFORE**, the Clerk of Court for the U.S. District Court for the Eastern District of Louisiana, is hereby requested to satisfy and cancel the said Judgment of record against defendant, Capital Marine Supply, Inc.

NEW ORLEANS, Louisiana, this ___ day of _____, 2001.

_____
RONALD A. JOHNSON (7329)
SALVADOR J. PUSATERI (21036)
Johnson, Johnson, Barrios & Yacoubian
Suite 4700, 701 Poydras Street
New Orleans, Louisiana 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for
Capital Marine Supply, Inc.

_____
WAYNE G. ZERINGUE, JR. (18516)
WILLIAM J. JOYCE (18970)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Phone: (504) 582-8000
Attorneys for Plaintiff/Intervenor,
Union Carbide Corporation

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been forwarded to opposing counsel of record, by placing a copy of the same in the United States mail, postage prepaid, this 19th day of July, 2001.

_____